## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JEROME JULIUS BROWN, | ) |
| *Pro Se* Plaintiff, | ) |
| v. | ) Civil Action No.: 15-498 |
| JAMES M. COLE, | ) |
| Defendant. | ) |

## NOTICE OF REMOVAL OF A CIVIL ACTION

The United States Postal Service ("Defendant"), by and through undersigned counsel, hereby file this Notice of Removal pursuant to 28 U.S.C. §§ 1441(a), 1442(a)(1) and 1446. In support of this Notice, Defendants rely upon the following facts:

1. Defendant are in receipt of a Summons and Complaint in the case of *Jerome Julius Brown v. James M. Cole,* Civil Action No. 15-498 (the "Civil Action"), in the Civil Division of the Superior Court of the District of Columbia. A copy of the Summons and Complaint are attached hereto as Government Exhibit A.

2. Defendant is an agency of the United States pursuant to 28 U.S.C. § 1442(a)(1). Thus, the Civil Action is properly before this Court.

3. Although the Superior Court Complaint is less than clear, it appears that p*ro se* Plaintiff Jerome Julius Brown alleges that Defendant falsely impersonated a police officer and arrested Plaintiff under false pretenses. Plaintiff also alleges that Defendant breached a contract and abused a process. *See* Gov. Exh. A.

4. Plaintiff's claims are those over which the District Court has original jurisdiction because the Civil Action is against an agency and officer of the United States. Removal of this matter is, therefore, authorized pursuant to 28 U.S.C. § 1442(a)(1).

WHEREFORE, this Civil Action is properly removed from the Superior Court for the District of Columbia to this Court pursuant to 28 U.S.C. §§ 1442(a)(1) and 1446.

Dated:  April 6, 2015.

        Respectfully submitted,

        VINCENT H. COHEN JR. D.C. Bar #471489
        United States Attorney

        DANIEL F. VAN HORN, D.C. Bar # 924092
        Chief, Civil Division

        By: /s/ Rafique Anderson
        Rafique Anderson, D.C. Bar # 493243
        Special Assistant United States Attorney
        555 4th  Street, N.W.
        Washington, D.C. 20530
        Tel.: (202) 252-2568
        E-mail: rafique.anderson@usdoj.gov

        Counsel for Defendant

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 6th day of April, 2015, a true and correct copy of

*Notice of Removal of a Civil Action and Notice of Filing Notice of Removal of a Civil Action* was

served upon Plaintiff by first class United States mail, postage prepaid, marked for delivery to:

Jerome Babybrother Julius Brown SR #1014
P.O. Box 727
Upper Marlboro, MD  20773

> By: /s/ Rafique Anderson
> RAFIQUE ANDERSON
> Special Assistant United States Attorney
> 555 Fourth Street, N.W.
> Washington, D.C.  20530
> Tel: (202) 202 252-2568
> Email: rafique.anderson@usdoj.gov